# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THEODIS GUILLORY

NO. 2025 KW 0991

**DECEMBER 11, 2025**

---

In Re: Theodis Guillory, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-11-0080.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's office reflect that on November 5, 2018, the district court denied relator's application for postconviction relief filed on January 11, 2018, for the reasons set forth in the commissioner's recommendation.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT